UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARESA V. HUDSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | CASE NO. EDCV 16-2501-AGR<br><br>JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 19, 2017

_____
ALICIA G. ROSENBERG
United States Magistrate Judge